**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
ron@consumersadvocates.com
MICHAEL T. HOUCHIN (SBN 305541)
mike@consumersadvocates.com
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF DAVID ELLIOT**
DAVID ELLIOT (SBN 270381)
davidelliot@elliotlawfirm.com
2028 3rd Avenue
San Diego, CA 92101
Telephone: (858) 228-7997
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ALLRED and MANDY C. ALLRED, on behalf of themselves, all others similarly situated, and the general public,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>KELLOGG COMPANY, a Delaware Corporation; KELLOGG SALES COMPANY, a Delaware corporation; and PRINGLES, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-01354-AJB-BLM<br><br>**JOINT MOTION AND STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Hon. Anthony J. Battaglia |

---

JOINT MOTION AND STIPULATION DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiffs Barry Allred and Mandy C. Allred ("Plaintiffs") and Defendants Kellogg Company, Kellogg Sales Company, and Pringles, LLC ("Defendants") hereby stipulate that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs' individual claims in this action shall be dismissed with prejudice.

Dated: February 12, 2019          Respectfully submitted,

                                  LAW OFFICES OF RONALD A. MARRON

                                  /s/ Ronald A. Marron
                                  Ronald A. Marron

                                  *Attorneys for Plaintiffs*
                                  Barry Allred and Mandy C. Allred

Dated: February 12, 2019          Respectfully submitted,

                                  JENNER & BLOCK, LLP
                                  /s/ Kenneth K. Lee
                                  Kenneth K. Lee

                                  *Attorneys for Defendants*
                                  Kellogg Company, Kellogg Sales Company,
                                  and Pringles, LLC

-2-

## ELECTRONIC SIGNATURE CERTIFICATION

I, Ronald A. Marron, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this electronic filing.

/s/ *Ronald A. Marron*
Ronald A. Marron