# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ALLRED and MANDY C. ALLRED, on behalf of themselves, all others similarly situated, and the general public,<br><br>                 Plaintiffs,<br><br>vs.<br><br>KELLOGG COMPANY, a Delaware Corporation; KELLOGG SALES COMPANY, a Delaware corporation; and PRINGLES, LLC, a Delaware limited liability company,<br><br>                 Defendants. | Case No. 3:17-cv-01354-AJB-BLM<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>(Doc. No. 51) |

Before the Court is the Parties' Joint Motion and Stipulation to Dismiss Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties' Joint Motion is **GRANTED** and Plaintiffs' individual claims in this action are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: February 12, 2019

Hon. Anthony J. Battaglia
United States District Judge